1  H. SINCLAIR KERR, JR. (61713)
   MICHAEL VON LOEWENFELDT (178665)
2  ADRIAN J. SAWYER (203712)
   HOLLY HOGAN (238714)
3  **KERR & WAGSTAFFE LLP**
   100 Spear Street, Suite 1800
4  San Francisco, CA 94105–1528
   Telephone: (415) 371-8500
5  Facsimile: (415) 371-0500

6  Attorneys for Defendants
   AXA ADVISORS, LLC and AXA EQUITABLE
7  LIFE INSURANCE CO.

8

9
                        **UNITED STATES DISTRICT COURT**
10
                        **NORTHERN DISTRICT OF CALIFORNIA**
11

12  PAUL MEOLA, individually, and on behalf of     Case No. C 06 4291 JSW DENYING
    all others similarly situated,
13                                                 **[PROPOSED] ORDER GRANTING
                Plaintiff,                         MOTION FOR ADMINISTRATIVE
14                                                 RELIEF FOR PERMISSION TO FILE
         vs.                                       MOTION FOR PARTIAL SUMMARY
15                                                 JUDGMENT**

16  AXA FINANCIAL, INC.; AXA ADVISORS,
    LLC; AXA EQUITABLE LIFE INSURANCE
17  CO.; and DOES 1 through 10, inclusive,

18              Defendants.

---

Case No. C 06 4291 JSW                         [PROPOSED] ORDER GRANTING MOT. FOR ADMIN. RELIEF

**ORDER**

~~Good cause appearing IT IS HEREBY ORDERED that Defendants be allowed to file their Motion for Partial Summary Judgment without imposing the good cause requirement contained in this Court's Standing Order on a second motion for summary judgment at a later date.~~

DATED: _____

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

26689

In light of the motions to dismiss filed by Defendants and in light of this Court's Standing Orders regarding motions for summary judgment, the request to file a motion for partial summary judgment is DENIED. Defendants may present these arguments at a later time if necessary. The Clerk shall terminate Docket No. 6.

October 16, 2006

*/s/ Jeffrey S. White*

Case No. C 06 4291 JSW         – 1 –         ~~[PROPOSED] ORDER GRANTING MOT. FOR ADMIN. RELIEF~~