IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MEOLA,

      Plaintiff,

  v.

AXA FINANCIAL INC., et al.

      Defendants.

_____/

No. C 06-04291 JSW

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS**

    On October 16, 2006, Defendants AXA Advisors, LLC and AXA Equitable Life Insurance Co. Filed a motion to dismiss count two of Plaintiff's complaint for failure to state a claim. On that same date, Defendant AXA Financial, Inc. filed a motion to dismiss for lack of personal jurisdiction.

    The motions have been noticed for hearing on December 15, 2006.

    It is HEREBY ORDERED that Plaintiff's opposition to these motions shall be due on October 30, 2006. Defendants' replies shall be due on November 6, 2006.

    **IT IS SO ORDERED.**

Dated: October 16, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California