**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No. C06-4291 (JSW)<br><br>[Assigned to Hon. Jeffrey S. White, Dept. 2]<br><br>**[PROPOSED] ORDER RE: BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Hearing Date: December 15, 2006<br><br><br><br>Class Action Complaint Filed: July 13, 2006 |

　　　　WHEREAS the parties have concurrently filed and executed a Stipulation regarding the briefing schedule on Defendants' Motions to Dismiss, and good cause having been shown, the Court shall grant the request to modify the briefing schedule in part.

　　　　It is hereby ORDERED that:

　　　　1.　　Plaintiff shall have until November 8, 2006 to file and serve any papers in opposition to Defendants' Motions to Dismiss; and,

　　　　2.　　Defendants shall have until November 22, 2006 to file and serve any papers in reply to Plaintiff's opposition to Defendants' Motions to Dismiss.

1  IT IS SO ORDERED.

2

3

4  Dated: October 27, 2006                                   /s/ Jeffrey S. White

5                                                            Jeffrey S. White, U.S. District Judge