1  Bryan King Sheldon (Bar No. 116219)
   Nicolas Orihuela (Bar No. 221898)
2  LIM, RUGER & KIM, LLP
   1055 West Seventh Street, Suite 2800
3  Los Angeles, California 90017
   Telephone: (213) 955-9500
4  Facsimile: (213) 955-9511
   E-mail: bryan.sheldon@lrklawyers.com
5  E-mail: nicolas.orihuela@lrklawyers.com

6  Joseph H. Meltzer
   Gerald D. Wells, III
7  Robert J. Gray
   SCHIFFRIN & BARROWAY, LLP
8  280 King of Prussia Road
   Radnor, Pennsylvania 19087
9  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
10 E-mail: gwells@sbclasslaw.com

11 Attorneys for Plaintiff Paul Meola, individually
   and on behalf of all others similarly situated

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 PAUL MEOLA, individually, and on behalf       ) Civil Action No. C06-4291 (JSW)
   of all others similarly situated,             )
                                                  ) [Assigned to Hon. Jeffrey S. White, Dept. 2]
17                   Plaintiff,                   )
                                                  ) **[PROPOSED] ORDER RE DISMISSAL**
18              vs.                               ) **OF AXA FINANCIAL, INC. AND COUNT**
                                                  ) **TWO OF THE COMPLAINT**
19 AXA FINANCIAL, INC.; AXA ADVISORS,            ) AND CONTINUING INITIAL CMC
   LLC; AXA EQUITABLE LIFE                        ) Class Action Complaint Filed: July 13, 2006
20 INSURANCE CO.; and DOES 1 through 10,          )
   inclusive,                                     )
21                                                )
                   Defendants.                    )
22                                                )
                                                  )
23

24

25

26        WHEREAS the parties have concurrently filed and executed a Stipulation for Dismissal of

27 AXA Financial, Inc. and Count Two of the Complaint, and good cause having been shown,

28

---

K:\2513\02\Pleadings\Proposed Order re Dismissal.doc          1
                               ~~PROPOSED~~ ORDER RE DISMISSAL

1    It is hereby ORDERED that:

2    1.    AXA Financial, Inc. be dismissed, without prejudice, from the above-captioned

3          matter and that all parties bear their own costs with respect to this dismissal;

4    2.    Count Two of the Complaint be dismissed, with prejudice, as to all defendants and

5          that all parties bear their own costs with respect to this dismissal;

6    3.    Defendants shall have 45 days from the date of entry of this order approving the

7          parties' Stipulation to respond to Plaintiff's Complaint; and

8    4.    The hearing, scheduled for December 15, 2006, on the Motion to Dismiss for Lack

9          of Personal Jurisdiction and Motion to Dismiss Count Two For Failure to State a

10         Claim be taken off calendar.

11   5.    The initial case management conference set for December 15, 2006 following the
     motions hearing is CONTINUED to Friday February 17, 2007 at 9:00 a.m.

12    PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14   Dated: November 21, 2006 _____          _____

15                                                        Jeffrey S. White, U.S. District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ ORDER RE DISMISSAL