1
2
3  **APPEARANCES OF COUNSEL ON FOLLOWING PAGE**
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| PAUL MEOLA, individually, and on behalf of all others similarly situated, | ) Civil Action No. C06-4291 (JSW) |
| | ) |
| Plaintiff, | ) [Assigned to Hon. Jeffrey S. White, Dept. 2] |
| | ) |
| vs. | ) **JOINT STIPULATION AND [PROPOSED] ORDER RE ADR MATTERS** |
| | ) |
| AXA FINANCIAL, INC.; AXA ADVISORS, LLC; AXA EQUITABLE LIFE INSURANCE CO.; and DOES 1 through 10, inclusive, | ) |
| | ) |
| | ) Class Action Complaint Filed: July 13, 2006 |
| Defendants. | ) |
| | ) |

1   **APPEARANCES OF COUNSEL FROM PREVIOUS PAGE:**

2   Bryan King Sheldon (Bar No. 116219)
    Nicolas Orihuela (Bar No. 221898)
3   LIM, RUGER & KIM, LLP
    1055 West Seventh Street, Suite 2800
4   Los Angeles, California 90017
    Telephone: (213) 955-9500
5   Facsimile: (213) 955-9511
    E-mail: bryan.sheldon@lrklawyers.com
6   [Local Counsel]

7   Joseph H. Meltzer
    Gerald D. Wells, III
8   Robert J. Gray
    SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP
9   280 King of Prussia Road
    Radnor, Pennsylvania 19087
10  Telephone: (610) 667-7706
    Facsimile: (610) 667-7056
11  E-mail: gwells@sbtklaw.com
    [Lead Counsel]
12
    **Attorneys for Plaintiff Paul Meola, individually and on behalf of all others similarly situated**
13

14  H. Sinclair Kerr, Jr.
    Michael Von Loewenfeldt
15  Adrian J. Sawyer
    KERR & WAGSTAFF LLP
16  100 Spear Street, Suite 1800
    San Francisco CA 94105-1528
17  Telephone: (415) 371-8500
    FAX: (415) 371-0500
18

19  **Attorneys for Defendants AXA FINANCIAL, INC.; AXA ADVISORS, LLC, and AXA**
20  **EQUITABLE LIFE INSURANCE COMPANY**

21

22          WHEREAS, on July 13, 2006 Plaintiff filed a Class/Collective Action Complaint against

23  Defendants AXA Financial, Inc., AXA Advisors LLC, and AXA Equitable Life Insurance Co.

24  alleging, among other things, that Plaintiff and others similarly situated were mis-categorized as

25  exempt from overtime pay and other compensation and benefits and were therefore not fully paid

26  as required by law; and

27          WHEREAS Defendants have filed an Answer denying the material allegations of

28  Plaintiff's complaint and asserting affirmative defenses; and

1    WHEREAS the parties to this action have now learned that a similar class action

2    complaint, entitled Lennon and Thompson vs. AXA Advisors, etc et al., which raises allegations

3    against Defendants similar to the allegations in this case, has been filed in the Superior Court of

4    Los Angeles County and removed to the U.S. District Court for the Central District of California;

5    and

6    WHEREAS the parties to this action believe that judicial efficiency and economy will be

7    best served by delaying the ADR process in this action until the course of the Lennon and

8    Thompson case, including possible transfer to this District and possible relation to this case are

9    determined;

10    NOW, THEREFORE, the PARTIES through their respective attorneys of record, hereby

11    STIPULATE that the ADR proceedings in this case shall be stayed for 90 days and jointly request

12    that the Court approve said stay.

13

14    Dated: January 26, 2007                 Joseph H. Meltzer
                                              Gerald D. Wells, III
15                                            Robert J. Gray
                                              **SCHIFFRIN, BARROWAY, TOPAZ &**
16                                            **KESSLER, LLP**
                                                           **-and-**
17                                            Bryan King Sheldon
                                              Nicolas Orihuela
18                                            **LIM, RUGER & KIM, LLP**

19

20                                            By: _/S/_____
                                              Bryan King Sheldon, Attorneys for Plaintiff
21
                                              H. Sinclair Kerr, Jr.
22                                            Michael Von Loewenfeldt
                                              Adrian J. Sawyer
23                                            **KERR & WAGSTAFF LLP**

24

25                                            By: __/S/_____
                                              Michael Von Loewenfeldt
26                                            Attorneys for Defendants AXA FINANCIAL, INC.;
                                              AXA ADVISORS, LLC, and AXA EQUITABLE
27                                            LIFE INSURANCE COMPANY

28

1

**ORDER**

2

The above Stipulation is accepted and IT IS SO ORDERED.

3

4

5

Dated: _January 29, 2007_____          _____

6

Jeffrey S. White, U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE ADR MATTERS