IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL MEOLA,

    Plaintiff,

v.

AXA FINANCIAL INC., et al.

    Defendants.

No. C 06-04291 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received the parties' joint case management conference statement. In light of the pending related case, the Court HEREBY CONTINUES the case management conference to **Friday, August 10, 2007 at 1:30 p.m.** If the parties intend to move to consolidate this case with either the *Lennon* case or the *Bolea* case, or both, they shall make every effort to do so in advance of the next case management conference.

**IT IS SO ORDERED.**

Dated: May 21, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE