IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re AXA Wage and Hour Litigation*

THIS DOCUMENT APPLIES TO ALL ACTIONS

No. C 06-04291 JSW
(Consolidated with 07-1858, 07-2777, and 07-4368)

**CASE MANAGEMENT ORDER**

_____/

The Court has received and considered the parties Joint Case Management Statement and HEREBY VACATES the case management conference scheduled for November 30, 2007 at 1:30 p.m.

The Court HEREBY ADOPTS the proposals set forth in the Joint Case Management Statement, with the following modification. The hearing for the motion for class certification shall be noticed for no *earlier* than 30 days following the date on which the reply is due.

**IT IS SO ORDERED.**

Dated: November 26, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE