UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE AXA WAGE AND HOUR LITIGATION

No. C06-04291 JSW

[Proposed] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

The Court having reviewed the parties' Joint Notice to Court of Partial Settlement and Request to Schedule Case Management Conference, IT IS ORDERED as follows:

A further Case Management Conference is scheduled for July 18, 2008, at 1:30 p.m. The August 29, 2008 deadline to file motions relating to class certification is VACATED.

IT IS SO ORDERED.

Date: May 22, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE,
Case No. C 06-04291 JSW