UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE AXA WAGE AND HOUR LITIGATION**

No. C06-04291 JSW

[Proposed] ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE

The Court having reviewed the parties' Joint Notice to Court of Date of Second Mediation Session and Request to Schedule Case Management Conference, IT IS ORDERED as follows:

A further Case Management Conference is scheduled for  December 5, 2008 , at 1:30 p.m.

IT IS SO ORDERED.

Date: August 5, 2008

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE