UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE AXA WAGE AND HOUR LITIGATION | Case No. C 06 4291 JSW<br><br>~~[PROPOSED]~~ ORDER VACATING CMC AND SETTING HEARING FOR PRELIMINARY APPROVAL OF SETTLEMENT<br><br>Hon. Jeffrey S. White |
|---|---|

This Court having reviewed the parties' Joint Notice and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Case Management Conference set for December 5, 2008 is VACATED. The parties shall file papers for preliminary approval of settlement by January 12, 2009, and a preliminary approval hearing shall be held on January 30, 2009.

IT IS SO ORDERED.

Dated: December 1, 2008

*/s/ Jeffrey S. White*

Hon. Jeffrey S. White

UNITED STATES DISTRICT JUDGE

CASE NO. C 06 4291 JSW                                                       ~~PROPOSED~~ ORDER