# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE AXA WAGE AND HOUR LITIGATION | Case No. C 06 4291 JSW |
|---|---|
| | [PROPOSED] ORDER CONTINUING DEADLINE TO SUBMIT PRELIMINARY SETTLEMENT APPROVAL PAPERS |
| | Hon. Jeffrey S. White |

The Court having reviewed the parties' Stipulation Continuing Deadline to Submit Preliminary Settlement Approval Papers, and good cause therefore appearing, IT IS HEREBY ORDERED that the parties shall file papers for preliminary approval of settlement by February 2, 2009, and a preliminary approval hearing shall be held on February 20, 2009.

Dated: January 8, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE

KERR & WAGSTAFFE LLP

CASE NO. C 06 4291 JSW                                        [PROPOSED] ORDER