UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE AXA WAGE AND HOUR LITIGATION

No. C06-04291 JSW

[Proposed] ORDER APPROVING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT

The Court having reviewed Plaintiffs' Unopposed Administrative Motion for Leave to File Over-Length Brief in Support of Preliminary Approval of Class Settlement; having read the accompanying declaration of counsel; and having found good cause shown, IT IS ORDERED as follows:

The Court approves Plaintiffs' motion. Plaintiffs have leave to file a brief in support of their forthcoming motion for preliminary approval of class and collective action settlement whose text does not exceed forty (40) pages.

IT IS SO ORDERED.

Date: February 2, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE