UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AXA WAGE AND HOUR LITIGATION | No. C06-04291 JSW<br><br>[Proposed] ORDER APPROVING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE CORRECTED COPY (REPLACING MISSING PAGE) OF BRIEF IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT |

The Court having reviewed Plaintiffs' Unopposed Administrative Motion for Leave to File Corrected Copy (Replacing Missing Page) of Brief in Support of Preliminary Approval of Class Settlement; having read the accompanying declaration of counsel; and having found good cause shown, IT IS ORDERED as follows:

The Court approves Plaintiffs' motion. Plaintiffs shall separately file the proposed corrected copy of document number 108 no later than February 27, 2009.

IT IS SO ORDERED.

Date: February 18, 2009              _____
                                     HON. JEFFREY S. WHITE
                                     UNITED STATES DISTRICT JUDGE

---

[Proposed] ORDER GRANTING LEAVE TO FILE CORRECTED COPY OF BRIEF
IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT, Case No. C 06-04291 JSW