NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
LAURA SCHLICHTMANN (#169699)
lschlichtmann@cpmlegal.com
JUSTIN T. BERGER (#250346)
jberger@cpmlegal.com
**COTCHETT, PITRE & MCCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JOSEPH H. MELTZER (pro hac vice)
jmeltzer@btkmc.com
GERALD D. WELLS, III (#257496)
gwells@btkmc.com
ROBERT J. GRAY (pro hac vice)
rgray@btkmc.com
**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Co-Lead Counsel for Plaintiffs

H. SINCLAIR KERR, JR. (#61713)
kerr@kerrwagstaffe.com
MICHAEL VON LOEWENFELDT (#178665)
mvl@kerrwagstaffe.com
ADRIAN J. SAWYER (#203712)
sawyer@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AXA WAGE AND HOUR LITIGATION** | Case No. C-06-4291 JSW **Consolidated Actions** |
| | **COLLECTIVE/CLASS ACTION** |
| | [PROPOSED] PRELIMINARY APPROVAL ORDER |

The renewed motion of the SETTLING PARTIES for entry of a PRELIMINARY

APPROVAL ORDER of a class action settlement, and setting a date for a FINAL APPROVAL

HEARING, came on for hearing on or about May 1, 2009.   The Court has considered the Class

Action Settlement (the "SETTLEMENT"), whose terms are memorialized in the Class Action

Settlement Agreement (the "SETTLEMENT AGREEMENT") and its accompanying exhibits,

the submissions of CLASS COUNSEL, and all other papers filed in the above-captioned action
including the revised notices submitted on May 11, 2009,

(the "ACTION").  The matter having been submitted and good cause appearing therefore, the

Court finds as follows:

1.      All defined terms contained herein shall have the same meanings as set forth in

the SETTLEMENT AGREEMENT;

2.      The REPRESENTATIVE PLAINTIFFS and AXA, through their counsel of

record and pursuant to the terms of the SETTLEMENT, have reached an agreement to resolve

the ACTION and release all RELEASED CLAIMS;

3.      The Court conditionally finds that, for the purposes of preliminarily approving

this SETTLEMENT only and for no other purpose and with no other effect in the context of this

SETTLEMENT, the proposed SETTLEMENT CLASS meets the requirements for certification

under Rule 23 of the Federal Rules of Civil Procedure: (a) the proposed SETTLEMENT CLASS

is ascertainable and so numerous that joinder of all members of the SETTLEMENT CLASS is

impracticable; (b) there are questions of law or fact common to the proposed SETTLEMENT

CLASS, and there is a well-defined community of interest among members of the proposed

SETTLEMENT CLASS with respect to the subject matter of the action; (c) the claims of some

or all of the REPRESENTATIVE PLAINTIFFS are typical of the claims of the members of the

proposed SETTLEMENT CLASS; (d) the REPRESENTATIVE PLAINTIFFS and CLASS

COUNSEL will fairly and adequately protect the interests of the proposed SETTLEMENT

1  CLASS MEMBERS; (e) common issues of the SETTLEMENT CLASS predominate over

2  individual issues of SETTLEMENT CLASS MEMBERS; (f) a class action is superior to other

3  available methods for an efficiency adjudication of this controversy; and (g) CLASS COUNSEL

4  for the REPRESENTATIVE PLAINTIFFS are well-qualified to serve as counsel for the

5
   REPRESENTATIVE PLAINTIFFS in their own capacities as well as their respective capacities
6
7  for the SETTLEMENT CLASS;

8       4.     The moving parties have presented to the Court for review the SETTLEMENT.

9  The SETTLEMENT is within the range of reasonableness and meets the requirements for

10 preliminary approval and appears to be fair to absent class members and adequate, subject to the

11 Court's further evaluation after absent class members receive NOTICE of the proposed

12 SETTLEMENT; and
13
14      5.     The moving parties have also presented to the Court for review a plan to provide

15 NOTICE to SETTLEMENT CLASS MEMBERS of the proposed SETTLEMENT which sets

16 out the terms of the SETTLEMENT and the SETTLEMENT CLASS MEMBERS' options.

17 There are three versions of the NOTICE; one for the ESF AGENT SUBCLASS, one for the

18 NON-ESF AGENT STATE SUBCLASS, and one for the NON-ESF AGENT NATIONWIDE

19
   SUBCLASS.  The notices for the ESF AGENT SUBCLASS and NON-ESF AGENT STATE
20
21 SUBCLASS properly explain the terms of the settlement and the options available to each

22 SETTLEMENT CLASS MEMBER under Federal Rule of Civil Procedure 23.  The notice for

23 the NON-ESF AGENT NATIONWIDE SUBCLASS properly explains the terms of the

24 SETTLEMENT and the options available to each SETTLEMENT CLASS MEMBER under the

25 Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq*. ("FLSA").  NOTICE will

26 be mailed to all SETTLEMENT CLASS MEMBERS at their last known address.  The plan

27
   regarding NOTICE proposed by the SETTLING PARTIES is the most practical under the
28

1  circumstances and satisfies pertinent due process requirements and the requirements of Federal

   *The parties also have submitted a cover letter to be*
2  Rule of Civil Procedure 23 and the FLSA. *sent to certain class members further clarifying the*

   *notices.*
3      Good cause appearing therefore, **IT IS HEREBY ORDERED** that:

4      1.     Pursuant to Rule 23 of the Federal Rules of Civil Procedure and the FLSA, the

5  SETTLEMENT CLASS is provisionally certified for purposes of the SETTLEMENT;

6      2.     The SETTLEMENT is preliminarily approved;

7      3.     The form and content of the proposed NOTICE to SETTLEMENT CLASS

8  MEMBERS, which includes the notices applicable to each of the three separate subclasses, is

9  approved; *based upon the parties submission dated May 11, 2009, at Docket No. 130.*

       4.     NOTICE shall be mailed by the SETTLEMENT ADMINISTRATOR to the
10
   applicable SETTLEMENT CLASS MEMBERS by first class mail, pursuant to the applicable
11
   provision provisions in the SETTLEMENT AGREEMENT, within fifteen (15) days after receipt
12
   of the class data list from AXA;

13     5.     The form and content of the proposed CLAIM FORMS and EXCLUSION FORM

14 is approved;

15     6.     The SETTLING PARTIES' mutually agreed upon SETTLEMENT

16 ADMINISTRATOR is approved;

       7.     The SETTLEMENT is deemed filed for purposes of triggering AXA'S obligation
17
   to provide CAFA notice to the appropriate state and federal officials as of the date of this
18
   PRELIMINARY APPROVAL ORDER;

19     8.     The law firms of Cotchett, Pitre & McCarthy; Barroway Topaz Kessler Meltzer &

20 Check, LLP; Lim, Ruger & Kim, LLP; Initiative Legal Group, LLP; The Law Offices of John M.

21 Kelson; and Carlson Lynch Ltd. are approved as CLASS COUNSEL, with Cotchett, Pitre &

22 McCarthy and Barroway Topaz Kessler Meltzer & Check, LLP serving as CO-LEAD CLASS

23 COUNSEL;

       9.     Paul Meola, Stephen Kerner, Wayne Easley, Carlton M. Lennon, James L.
24
   Thompson, Anthony Bolea and Harkant Dhruv are approved as REPRESENTATIVE
25
   PLAINTIFFS;

26     10.    Pursuant to the schedule set forth in the SETTLEMENT AGREEMENT, the

27 applicable NOTICE, CLAIM FORM, and EXCLUSION FORM are to be mailed to all

28 SETTLEMENT CLASS MEMBERS ~~(except for NON-ESF AGENT NATIONWIDE~~

   *The Cover Letter submitted with Document No. 130 shall also be mailed to appropriate*
   *class members.* [PROPOSED] PRELIMINARY APPROVAL ORDER

   4

1   ~~SUBCLASS MEMBERS: they will receive only the NOTICE and CLAIM FORM);~~

2         11.    No later than fourteen (14) days prior to the FINAL APPROVAL HEARING, the

3   SETTLING PARTIES shall file a joint motion for final approval of the SETTLEMENT; and

4         12.    The Court will hold a FINAL APPROVAL HEARING on the question of whether

the proposed SETTLEMENT should be finally approved as fair, reasonable and adequate as to

5   the SETTLEMENT CLASS ~~at least one hundred and twenty-five (125) calendar days after the~~

6   ~~entry of the PRELIMINARY APPROVAL ORDER~~: on September 25, 2009 at 9:00 a.m.

7                (a)    Written objections to the proposed SETTLEMENT by SETTLEMENT

8                       CLASS MEMBERS who have not excluded themselves from the

9                       SETTLEMENT will be considered if received by CLASS

                        COUNSEL on or before forty-five (45) days following the initial date of

10                      mailing of the applicable NOTICE;

11               (b)    At the FINAL APPROVAL HEARING, SETTLEMENT CLASS

12                      MEMBERS who have filed timely written objections may be heard orally

13                      regarding the SETTLEMENT;

14               (c)    CLASS COUNSEL and counsel for AXA should be prepared at the

15                      hearing to respond to objections filed by SETTLEMENT CLASS

16                      MEMBERS, if any, and to provide, as appropriate, other information

                        ~~bearing on whether or not the SETTLEMENT should be approved.~~

17                      Those responses shall be addressed in the Joint Motion for Approval.

18

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20   DATED:    May 12, 2009                    _____
                                              HON. JEFFREY S. WHITE
21                                            UNITED STATES DISTRICT COURT JUDGE

22

23

24

25

26

27

28