NIALL P. McCARTHY (#160175)
nmccarthy@cpmlegal.com
LAURA SCHLICHTMANN (#169699)
lschlichtmann@cpmlegal.com
JUSTIN T. BERGER (#250346)
jberger@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JOSEPH H. MELTZER (pro hac vice)
jmeltzer@btkmc.com
GERALD D. WELLS, III (#257496)
gwells@btkmc.com
ROBERT J. GRAY (pro hac vice)
rgray@btkmc.com
**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AXA WAGE AND HOUR LITIGATION** | Case No. C-06-4291 JSW<br>**Consolidated Actions**<br><br>**COLLECTIVE/CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER |

AND NOW, upon consideration of Plaintiffs' Unopposed Motion to Enlarge Time By Adding One Additional Day to Opt-Out Deadline and Deadline to File Objections, and to Mail Supplemental Notice to Settlement Class Members ("Plaintiffs' Motion to Enlarge Time"), the Court determines that Plaintiffs' Motion to Enlarge Time is GRANTED.

IT IS HEREBY ORDERED THAT:

1. The OPT-OUT DEADLINE is August 3, 2009;

2. The deadline to file an objection to the SETTLEMENT is August 3, 2009; and

3. Plaintiffs are permitted to mail to SETTLEMENT CLASS MEMBERS a Supplemental Notice in substantially the same form presented as Exhibit B to Plaintiffs' Motion to Enlarge Time.

DATED: July 8, 2009

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Case No. C-06-4291 JSW
[PROPOSED] ORDER