| | |
|---|---|
| 1 | NIALL P. MCCARTHY (#160175)<br>nmccarthy@cpmlegal.com |
| 2 | LAURA SCHLICHTMANN (#169699)<br>lschlichtmann@cpmlegal.com |
| 3 | **COTCHETT, PITRE & MCCARTHY**<br>SAN FRANCISCO AIRPORT OFFICE CENTER |
| 4 | 840 MALCOLM ROAD, SUITE 200<br>BURLINGAME, CA 94010 |
| 5 | TELEPHONE: (650) 697-6000<br>FACSIMILE: (650) 697-0577 |
| 6 | |

| | | |
|---|---|---|
| 7 | JOSEPH H. MELTZER (pro hac vice)<br>jmeltzer@btkmc.com | H. SINCLAIR KERR, JR. (#61713)<br>kerr@kerrwagstaffe.com |
| 8 | GERALD D. WELLS, III (pro hac vice)<br>gwells@btkmc.com | MICHAEL VON LOEWENFELDT (#178665)<br>mvl@kerrwagstaffe.com |
| 9 | **BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP** | ADRIAN J. SAWYER (#203712)<br>sawyer@kerrwagstaffe.com |
| 10 | 280 King of Prussia Road<br>RADNOR, PA 19087 | **KERR & WAGSTAFFE LLP**<br>100 SPEAR STREET, SUITE 1800 |
| 11 | TELEPHONE: (610) 667-7706<br>FACSIMILE: (610) 667-7056 | SAN FRANCISCO, CA 94105<br>TELEPHONE: (415) 371-8500 |
| 12 | | FACSIMILE: (415) 371-0500 |
| 13 | CO-LEAD COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AXA WAGE AND HOUR LITIGATION | Case No. C 06 4291 JSW<br><br>**[PROPOSED]** ORDER GRANTING STIPULATED REQUEST FOR ORDER DIRECTING NOTICE AND DEADLINE TO RESPOND FOR NEWLY DISCOVERED CLASS MEMBERS<br>AS MODIFIED HEREIN<br><br>Hon. Jeffrey S. White |

C 06 4291 JSW                         [PROPOSED] ORDER RE: NEW CLASS MEMBERS

PURSUANT to the Stipulated Request of the Parties, and good cause appearing therefore, the Court GRANTS the Parties' STIPULATED REQUEST FOR ORDER DIRECTING NOTICE AND DEADLINE TO RESPOND FOR NEWLY DISCOVERED CLASS MEMBERS. The Administrator shall mail Notice to these individuals forthwith. The deadlines listed in the Notices and applicable to these individuals shall be modified as follows:

    a.    The ten new individuals' last day to opt out or object shall be September 4, 2009; and

    b.    The ten new individuals' last day to submit a claim form shall be September 25, 2009.

IT IS SO ORDERED.

Dated: August 13, 2009

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE