IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE AXA WAGE AND HOUR LITIGATION** | No. C 06-04291 JSW<br><br>**ORDER RE CORRESPONDENCE** |
| / | |

On August 21, 2009, the Court received a letter dated August 16, 2009, and accompanying documentation, from a David S. Shenefield, a class member. In his letter, Mr. Shenefield states he has an objection to the settlement, although it appears to the Court that his objection pertains to the manner in which his settlement benefit was calculated, rather than an objection to the settlement in its entirety. The Court shall file a copy of the letter in the record, with two attachments to the letter under seal, on the basis that they contain personal financial information. However, copies of those latter documents shall be served on the parties via U.S. Mail. The parties shall be prepared to address this correspondence at the hearing on September 25, 2009. It is FURTHER ORDERED that the Clerk shall serve a copy of this Order on Mr. Shenefield.

**IT IS SO ORDERED.**

Dated: August 24, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE AXA WAGE AND HOUR LIGITGATION

_____/

Case Number: CV06-04291 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bryan King Sheldon
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, CA 90017

Alan Roth Plutzik
Barroway Topaz Kessler Meltzer & Check LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

John M. Kelson
Law Office of John M. Kelson
180 Grand Avenue
Suite 1550
Oakland, CA 94612

Michael John von Loewenfeldt
Kerr & Wagstaffe LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105

David S. Shenefield
7334 Topanga Canyon Road,
Suite 116
West Hills, CA 91303

Dated: August 24, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk