IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AXA WAGE AND HOUR LITIGATION<br><br>_____/ | No. C 06-04291 JSW<br><br>**NOTICE OF TENTATIVE RULING AND QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING TENTATIVE RULING AND QUESTIONS FOR THE HEARING SCHEDULED ON SEPTEMBER 25, 2009 AT 9:00 A.M.:

The Court has reviewed the parties' memoranda of points and authorities and, thus, does not wish to hear the parties reargue matters addressed in those pleadings. If the parties intend to rely on legal authorities not cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these authorities reasonably in advance of the hearing and to make copies available at the hearing. If the parties submit such additional authorities, they are ORDERED to submit the citations to the authorities only, with pin cites and without argument or additional briefing. *Cf.* N.D. Civil Local Rule 7-3(d). The Court also suggests that associates or of counsel attorneys who are working on this case be permitted to address some or all of the Court's questions contained herein.

//

The Court **tentatively grants the Joint Motion for Final Approval of Collective and Class Action Settlement and the Court tentatively grants the Unopposed Joint Motion for Attorneys' Fees.**

Each party shall have ten (10) minutes to address the following questions:

1. The "Joint Motion" for approval is signed only by Plaintiffs' counsel. Do Defendants have any objections to that motion?

2. With the exception of Mr. Dhruv, none of the other named Plaintiffs provide an estimate of the amount of time expended on this litigation? What is Plaintiffs' best argument the Court should award the full $15,000 requested as an incentive payment?

**IT IS SO ORDERED.**

Dated: September 23, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE